Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Krewe Energy LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Gauging & Consulting P. O. Box 555 Lafitte, LA 70067 | Matt Perrin pmpproductionllc@aol,com 504-920-6661 | | | | | $285,283.26 |
| Archrock Partners P. O. Box 201160 Dallas, TX 75320-1160 | Stewart Peck speck@lawla.com 504-568-1990 | | | | | $801,736.34 |
| Baywater Drilling, LLC 668 S. Hollywood Road Houma, LA 70360 | Jeff Soileau jsoileau@baywatercorp.com 713-213-3232 | | | | | $52,729.17 |
| CDH Rentals, LLC 810 Mills Street Scott, LA 70583 | Keri Ann Herbert cdhcrane@gmail.com 337-412-6401 | | | | | $59,272.50 |
| Couvillion Group, LLC P.O. Box 344 Belle Chasse, LA 70037 | Michael Roy mroy@couvilliongrp.com 504-231-0153 | | | | | $204,147.47 |
| Creole Compression, L. L. C. P.O. Box 448 Houma, LA 70361 | Joe Shows joe@oppcla.com 985-879-4514 | | | | | $153,743.58 |
| Crescent Drilling Foreman, Inc. 2400 Veterans Memorial Blvd., Suite 110 Kenner, LA 70062 | Scott McDonald scott.mcdonald@crescentdrilling.com 504-722-7751 | | | | | $35,874.60 |

Debtor   Krewe Energy LLC
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dishman & Bennett Specialty Co., P.O. Box 287 Houma, LA 70361 | Michelle Dishman michelle@dishmanandbennett.com 985-868-4540 | | | | | $94,055.52 |
| DNOW L. P. P. O. Box 200822 Dallas, TX 75320-0822 | Karla Urdaneta Karla.Urdaneta@dnow.com 281-823-4700 | | | | | $260,564.97 |
| E S & H Consulting Services, Inc. 2802 Flintrock Trace, Building B, Suite Lakeway, TX 78738 | Mike Kieffer mkieffer@esandh.com 504-400-9877 | | | | | $147,397.88 |
| Eaton Oil Tools, INC. P.O. Box 1050 Broussard, LA 70518-1050 | Justin Eaton jeaton@eatonoiltool.com 337-254-5289 | | | | | $389,945.35 |
| FDF Energy Services P.O. Box 677438 Dallas, TX 75267-7438 | Alex Dore alex@fdfenergy.com 337-788-5027 | | | | | $62,441.63 |
| Folse Production Services, Inc. 100 Mimosa Street Chauvin, LA 70344 | Kirk Folse kirkangie@aol.com 985-790-3863 | | | | | $80,930.18 |
| Hornets Services Company, LLC P.O. Box 1029 Jennings, LA 70546 | Celena Kratzer ckratzer@hornetservices.com 337-821-0097 | | | | | $41,628.32 |
| J-W Power Company, INC. P.O. Box 674814 Dallas, TX 75267-4814 | Bryan Domingue bdomingue@jwenergy.com 337-501-9132 | | | | | $35,237.88 |
| Newman Crane Service, Inc PO Box 550 Belle Chasse, LA 70037 | Melissa Newman melissa@newmancrane.com 504-418-4362 | | | | | $44,839.92 |
| Roustabouts, Inc. P. O. Box 730 Bourg, LA 70343 | Neal Hubbard hubbard1956@ymail.com 985-637-2230 | | | | | $97,028.00 |

Debtor  Krewe Energy LLC
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Select Oilfield Services, LLC<br>P.O. Box 728<br>Belle Chasse, LA 70037 | Rebel Salsbury<br><br>rsalsbury@selectoilfieldservices.<br>504-202-3604 | | | | | $88,122.02 |
| Southern Quality Marine Service LLC.<br>124 Bills Ln.<br>Buras, LA 70041 | Brandon Buras<br><br>southernqualitymarine@yahoo.com<br>504-452-9933 | | | | | $96,248.15 |
| USA Compression Partners,LLC<br>P.O. Box 974206<br>Dallas, TX 75397-4206 | Matthew Fleming<br><br>MFleming@usacompression.com<br>512-369-1619 | | | | | $152,340.62 |