.

Acme Truck Line, Inc.
P. O. Box 415000
Nashville, TN 37241-5000


Adam G. Young, APLC
556 Jefferson Street- Box 7
Lafayette, LA 70501


Advanced Gauging & Consulting
P. O. Box 555
Lafitte, LA 70067


Aegis Chemical Solutions, LLC
P.O. Box 679380
Dallas, TX 75267-9380


Affiliated Marine Supply
6289 West Park Avenue, Ste 5
Houma, LA 70364


Alliant Insurance Services, Inc.
5444 Westheimer Rd
Suite 900
Houston, TX 77056


American Eagle Logistics
P.O. Box 896829
Charlotte, NC 28289-6829


American Tubing Testers
P.O. Box 61652
Lafayette, LA 70596


Ankura Consulting Group, LLC, Liquidatio
420 Throckmorton Street
Suite 1000
Fort Worth, TX 76102


Archrock Partners
PO Box 201160
Dallas, TX 75320-1160


Archrock Partners
P. O. Box 201160
Dallas, TX 75320-1160

Axis Oilfield Rentals, LLC  
P.O. Box 1000  
Madisonville, LA 70447

Baywater Drilling, LLC  
668 S. Hollywood Road  
Houma, LA 70360

Besco Tubular  
P.O. Box 3775  
Houma, LA 70361

Bosco Oilfield Services LLC  
P. O. Box 34  
Youngsville, LA 70592

Buckhorn Services, LLC  
P.O. Box 2918  
Houma, LA 70361

Cargil  
825 Town & Country Ln  
Suite 1430  
Houston, TX 77024

Carl Dore, Jr.  
Dore Rothberg & McKay  
16225 Park Ten Place Drive  
Suite 700  
TX 77884

Caroline Court, LLC  
200 Caroline Court  
Covington, LA 70433

Carver,Darden,Koretzky,Tessier,Finn,Blos  
1100 Poydras Street., Suite 3100  
New Orleans, LA 70163

CDH Rentals, LLC  
810 Mills Street  
Scott, LA 70583

Classic Wireline Services
2934 Palm Circle
Slidell, LA 70458

Columbia Gulf Transmission, LLC
700 Louisiana Street
Suite 1300
Houston, TX 77002

COMM Engineering, Inc.
P. O. Box 53463
Lafayette, LA 70505

Conmaco
1602 Engineers Road
Belle Chasse, LA 70037

Coral Reef Capital
1 Rockfeller Plaza Ste 2330
New York, NY 10020

Coral Reef Capital
1 Rockefeller Plaza
Suite 2330
New York, NY 10020

Couvillion Group, LLC
P.O. Box 344
Belle Chasse, LA 70037

CRC Krewe Energy AIV, LLC
David F. Waguespack
Carver Darden Koretzky Tessier Finn
Energy Centre 1100 Poydras St Ste 3100
New Orleans, LA 70163

Creole Compression, L. L. C.
P.O. Box 448
Houma, LA 70361

Crescent Drilling Foreman, Inc.
2400 Veterans Memorial Blvd., Suite 110
Kenner, LA 70062

Dan-Bunkering (America) Inc.
440 Louisiana Street, Suite 2100
Houston, TX 77002


Danos, L.L.C.
3878 West Main Street
Gray, LA 70359


Diamond Oil Field Supply, Inc.
P. O. Box 1168
Broussard, LA 70518


Diamond Services Corporation
P.O. Box 1286
Morgan City, LA 70381-1286


Diaz Diving
P.O. Box 777
Galliano, LA 70354


Dishman & Bennett Specialty Co.,
P.O. Box 287
Houma, LA 70361


DNOW L. P.
P. O. Box 200822
Dallas, TX 75320-0822


E S & H Consulting Services, Inc.
2802 Flintrock Trace, Building B, Suite
Lakeway, TX 78738


Eaton Oil Tools, INC.
P.O. Box 1050
Broussard, LA 70518-1050


EGR Services, LLC
1330 Park Drive, Suite 300
Mandeville, LA 70471


Eminent Oil Tools, LLC
P.O. Box 82068
Lafayette, LA 70598

FDF Energy Services
P.O. Box 677438
Dallas, TX 75267-7438

Folse Production Services, Inc.
100 Mimosa Street
Chauvin, LA 70344

Force Industries, LLC
P. O. Box 3894
Houma, LA 70361-3894

Forefront Emergency Management, LP
2802 Flintrock Trace, #B104
Lakeway, TX 78738

Gas Measurement Services, LLC
P.O. Box 3917
Houma, LA 70361

Gaubert Oil Company, Inc.
P. O. Box 310
Thibodaux, LA 70301

Gordon, Arata, Montgomery, Barnett, McCo
201 St. Charles, Ave, 40th Floor
New Orleans, LA 70170-4000

GreenChem Solutions, LLC
P.O. Box 200
Raceland, LA 70394

Gulf Inland Contractors, Inc.
P.O. Box 2204
Houma, LA 70361

Gulfstream Services, Inc.
P.O. Box 734693
Dallas, TX 75373-4693

H&E Inland Services, L.L.C.
101 LeCompte Lane
Houma, LA 70363

Hornets Services Company, LLC
P.O. Box 1029
Jennings, LA 70546


I.R.S.
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346


Infinity Energy Services, LLC
122 Bourg Larose Hwy
Bourg, LA 70343


Interal Revenue Service
1555 Poydras St.
Suite 220 - Stop 31
New Orleans, LA 70112


J-Cole Services, LLC
283 Chase Drive
Bourg, LA 70343


J-W Power Company, INC.
P.O. Box 674814
Dallas, TX 75267-4814


KBK Industries LLC
P.O. Box 650020
Dallas, TX 75265-0020


Lafourche Parish Sheriff's Office
P.O. Box 5608
Thibodaux, LA 70302-5608


Louisiana Department of Environmental
Quality - Headquarters
602 North Fifth Street
Baton Rouge, LA 70802


Louisiana Department of Revenue
Collection Division
Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658

Louisiana Oilfield Restoration
P.O. Box 82016
Baton Rouge, LA 70884


Louisiana Workforce Commission
UI Tax and Adjudications
Attn: Bankruptcy Unit
PO Box 44127
Baton Rouge, LA 70804-4127


Lycon, Inc.
405 Industrial Parkway
Lafayette, LA 70508


Martin Oil Country Tubular, Inc.
P.O. Box 426
Scott, LA 70583


Moncla Slickline, LLC
P.O. Box 53688
Lafayette, LA 70505


Moncla Workover & Drilling Operations, L
Drawer #2351, P.O. Box 5935
Troy, MI 48007-5935


N-5 Services, LLC
P.O. Box 638
Mineral Wells, TX 76068


Newman Crane Service, Inc
PO Box 550
Belle Chasse, LA 70037


Office of District Counsel
P. O. Box 30509
New Orleans, LA 70190


Offshore Energy Services, Inc.
P.O. Box 53508
Lafayette, LA 70505


Oilfield Professional Contractors
P.O. Box 448
Houma, LA 70361

```
Patriot Crane
2005 Coteau Road
Houma, LA 70364


Pelican Waste & Debris LLC
172 N Lacarpe Circle
Houma, LA 70360


Petro Pull LLC
P.O. Box 545
Broussard, LA 70518


Petroquip
P.O. Box 1806
Harvey, LA 70059


Pioneer Production Services, Inc.
P. O. Box 1258
Larose, LA 70373


Piranha Rentals
P. O. Box 69
Chauvin, LA 70344


Plaquemines Parish Sheriff's Office
8022 Highway 23
Belle Chasse, LA 70037


PMP Production Services, LLC
4968 Andrea Drive
Barataria, LA 70036


Porter Hedges LLP
P. O. Box 4346, Dept 510
Houston, TX 77210-4346


Premier Equipment Corp. Inc.
P. O. Box 15203
Baton Rouge, LA 70895


Proflow Solutions 2022, LLC
207 Industrial Trace
Broussard, LA 70518
```

Quality Production Management, LLC
P.O. Box 55570 Dept. 5164
Little Rock, AR 72215-5570


Roustabouts, Inc.
P. O. Box 730
Bourg, LA 70343


S2 Energy Operating, LLC
200 Caroline Court
Covington, LA 70433


Select Oilfield Services, LLC
P.O. Box 728
Belle Chasse, LA 70037


Sheriff & Ex-Officio Tax Collector Paris
P.O. Drawer 1670
Houma, LA 70361


Sheriff and Tax Collector, Jefferson Par
P. O. Box 130
Gretna, LA 70054


Southern Quality Marine Service LLC.
124 Bills Ln.
Buras, LA 70041


SPL
P.O. Box 842013
Dallas, TX 75284-2013


State of LA - Dept of Natural Resources
P.O. Box 44277
Baton Rouge, LA 70804-4277


State of LA - Dept of Revenue
617 North Third Street
Baton Rouge, LA 70802


Stewart Peck
Lugenguhl
601 Poydras Street, Suite 2775
New Orleans, LA 70130

```
Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


T K Boat Rentals, LLC
P. O. Box 2706
Morgan City, LA 70381


T.F. Services, LLC
210 Service Road
Rayne, LA 70578


Third Coast Commercial Capital, Inc., FB
Dept., 132 P.O. Box 14910
Humble, TX 77347-4910


Thru-Tubing Systems
1806 B Highway 90 East
New Orleans, LA 70560


Tom's Marine & Salvage, LLC
2900 Jean Lafitte Blvd
Lafitte, LA 70067


Total Production Supply, LLC
P. O. Box 915
Broussard, LA 70518


U.S. Securities and
Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd., Ste. 900
Atlanta, GA 30326-1382


US Attorney for ED LA Bankruptcy
650 Poydras St Ste 1600
New Orleans, LA 70130


US Small Business Administration
Louisiana District Office
500 Poydras St Ste 828
New Orleans, LA 70130
```

USA Compression Partners,LLC
P.O. Box 974206
Dallas, TX 75397-4206

Vanguard Vacuum Trucks, LLC
P. O. Box 4276
Houma, LA 70361

Verde Services, LLC
P.O. Box 144
Laurel, MS 39441

Vermillion Parish Tax Collector
P. O. Box 307
Abbeville, LA 70511-0307

Vision Production Chemicals, LLC
8910 Cordell Road
Abbeville, LA 70510

Weiler & Rees, LLC
2900 East Causeway Approach, Suite D
Mandeville, LA 70448