**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re: Krewe Energy LLC
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 16, 2023

/s/ Barry R. Salsbury
Barry R. Salsbury/Member
Signer/Title