# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Lake Long** | 1 | Steel Production Barge |
| | 2 | HP Separators |
| | 1 | Flare/Suction Separator |
| | 5 | LP Separators |
| | 2 | Dehydration Units - (1 at Square Mile Barge) |
| | 1 | Steel Barge at Square Mile Barge |
| | 2 | Heater Treaters |
| | 2 | 1500 Bbl Bolted Galvanized Oil Tanks |
| | 1 | 1500 Bbl Bolted Water Tank |
| | 1 | 400 Bbl Fiberglass Water Tank |
| | 1 | SWD Pump - Natural Gas Driven |

# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Lapeyrouse** | 1 | Lact Skid with Electric Pumps |
| | 2 | SWD pumps (1- Electric; 1 - Natural Gas Driven) |
| | 1 | 800 Bbl Oil Tank |
| | 1 | 400 Bbl Oil Tank |
| | 3 | 400 Bbl SWD Tanks |
| | 1 | 500 Bbl SWD Tank |
| | 1 | Bulk LP Separator |
| | 1 | Exposito #3 LP Separator |
| | 1 | HP Bulk Separator |
| | 3 | HP Separators |
| | 2 | LP Separators |
| | 1 | Flare Separator |
| | 1 | Fuel Gas Separator |
| | 1 | Dehydration Unit |
| | 2 | Line Heaters |
| | 1 | HP Separator at ALM #1 |
| | 1 | LP Separator at ALM #1 |
| | 1 | Fuel Gas Separator at ALM #1 |

# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Little Lake NHTB** | 2 | Heater Treaters |
| | 1 | Fuel Gas Separator |
| | 1 | Bulk Separator |
| | 2 | Test HP Separators |
| | 1 | Test LP Separator |
| | 2 | SWD Pumps - Nat Gas Driven |
| | 1 | Flare Separator |
| | 2 | Fiberglass 400 Bbl SWD Tanks |
| | 5 | 1500 Bbl Bolted Galvanized Oil Tanks |
| | 1 | Sump Tank |
| | 1 | Dehydration Unit |

## EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Little Lake West** | 2 | Heater Treaters |
|  | 1 | Horizontal LP Separator |
|  | 2 | Vertical LP Separators |
|  | 7 | Tanks (400 and 500 Bbl) |
|  | 1 | Dehydrator |

# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **West Delta 84** | 1 | Generator |
| | 1 | Electric Oil Pump |
| | 1 | Bulk Separator |
| | 1 | Skimmer |
| | 2 | 500 Bbl Tanks |
| **Burrwood** | 1 | Production Barge |
| | 1 | SWD Pump |
| | 2 | Oil Pumps |
| | 1 | LACT Skid |
| | 1 | Generator |
| | 3 | 1500 Bbl Tanks |
| | 2 | Treaters |
| | 1 | Bulk Separator |

# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Timbalier Bay** | 2 | Offshore 4 Pipe Structures with 60' Long Boat Dock and 2 Stair Ways going up to Platform |
| | 1 | 25 Ton Crane |
| | 1 | 3 Stage Ariel Compressor driven by a Caterpillar 3516 Tale Engine |
| | 1 | Gas Generator/150 KW |
| | 1 | Lact Skid with 2 Lact Pumps and 2 Meter Heads |
| | 1 | Proving Loop |
| | 1 | P/L Skid with 2 Pumps |
| | 1 | LP Bulk Separator |
| | 2 | LP Test Separators |
| | 2 | Heater Treaters |
| | 1 | 400 Bbl Bad Oil Tank |
| | 1 | 400 Bbl Good Oil Tank |
| | 1 | 500 Bbl Produced Water Tank |
| | 1 | Water Skimmer |
| | 1 | Blowdown Tank |
| | 1 | Suction Scrubber |
| | 1 | Flare Scrubber |
| | 1 | Fuel Scrubber Skid |
| | 1 | Contact Tower |
| | 1 | Glycol Reboiler |
| | 1 | Hydrocarbon Skimmer |
| | 1 | VRU Unit |
| | 1 | Sump |
| | 1 | Redd Fox Unit |
| | 1 | MCC Room with Switch Gear and Motor Controls |
| | 1 | SWD Pump |
| | 3 | Quarters Buildings/Galley Included |

# EQUIPMENT BY FIELD

| Field | Amount | Equipment Name |
|---|---|---|
| **Ship Shoal 45** | 1 | Bulk Heater Treater |
| | 1 | Chem Electric |
| | 1 | Degasser |
| | 1 | VRU Compressor |
| | 1 | Desander |
| | 1 | WKO Separator |
| | 1 | SWD Treater |
| | 1 | Wemco Unit |
| | 1 | Redd Fox Unit |
| | 1 | Bulk Separator |
| | 3 | LP Test Separators |
| | 1 | Line Heater |
| | 1 | HP Separator |
| | 2 | LACT Skids with Charge Pump and Proving Loop |
| | 1 | Office Building |
| | 1 | Bunk Room |
| | 1 | Crane |
| | 1 | Sump Tank |
| **Ship Shoal 65** | 1 | Hydraulic Crane |
| | 1 | Fuel Gas Separator |
| | 1 | Sump Tank |