**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Krewe Energy LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 23-10067 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $             0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $   13,756,651.08

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $   13,756,651.08

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    7,930,761.97

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $             0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   2,255,073.92

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                $   10,185,835.89