**Fill in this information to identify the case:**

Debtor name: Krewe Energy LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 23-10067

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Advanced Gauging & Consulting**<br>Creditor's Name<br><br>PO Box 555<br>Lafitte, LA 70067<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>LOWLA<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $285,283.26 | $12,449,750.00 |
| **2.2** | **Aegis Chemical Solutions LLC**<br>Creditor's Name<br><br>PO Box 679380<br>Dallas, TX 75267-9380<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>LOWLA<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $18,491.12 | $12,449,750.00 |

Debtor: Krewe Energy LLC
Case number (if known): 23-10067

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

---

**2.3** Archrock Partners
*Creditor's Name*

P.O. Box 201160
Dallas, TX 75320-1160
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Jefferson Little Lake & W Little Lake 5.21.21

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

$180,694.16       $12,449,750.00

---

**2.4** Archrock Partners
*Creditor's Name*

P.O. Box 201160
Dallas, TX 75320-1160
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Jefferson Little Lakes & W Little Lake 10.18.21

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

$350,326.80       $12,449,750.00

---

**2.5** Archrock Partners
*Creditor's Name*

P.O. Box 201160
Dallas, TX 75320-1160
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Lafourche Lake Long 5.12.22

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$160,380.39       $12,449,750.00

---

Debtor **Krewe Energy LLC**
Name

Case number (if known) 23-10067

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.6 | **Archrock Partners** | **Describe debtor's property that is subject to a lien** | $110,335.00 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | Plaquemines WD - 84 05.12.22 | | |

P.O. Box 201160
Dallas, TX 75320-1160
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.7 | **Comm Engineering Inc** | **Describe debtor's property that is subject to a lien** | $46,771.52 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 53463
Lafayette, LA 70505
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.8 | **Couvillion Group LLC** | **Describe debtor's property that is subject to a lien** | $204,147.47 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 344
Belle Chasse, LA 70037
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

| Debtor | Krewe Energy LLC | Case number (if known) | 23-10067 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | Couvillion Group LLC | Describe debtor's property that is subject to a lien | Unknown | $12,449,750.00 |
|---|---|---|---|---|

Creditor's Name
% Patrick J McShane
Frilot LLC
1100 Poydras St Ste 3700
New Orleans, LA 70163
Creditor's mailing address

22-02014 Couvillion Group LLC v S2 Energy Operating LLC and Krewe Energy LLC

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.10 | CRC Krewe Energy AIV, LLC | Describe debtor's property that is subject to a lien | $2,600,000.00 | $85,941,420.00 |
|---|---|---|---|---|

Creditor's Name
David F. Waguespack
Carver Darden Koretzky Tessier Finn
Energy Centre 1100 Poydras St Ste 3100
New Orleans, LA 70163
Creditor's mailing address

UCC All Assets

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Creole Compression LLC | Describe debtor's property that is subject to a lien | $145,553.58 | $12,449,750.00 |
|---|---|---|---|---|

Debtor    Krewe Energy LLC            Case number (if known)    23-10067
Name

**Creditor's Name**
PO Box 448
Houma, LA 70361
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.12**   **Crescent Drilling Foreman Inc**      **Describe debtor's property that is subject to a lien**      $26,374.60      $12,449,750.00
Creditor's Name     Terrebonne Lapeyrouse 2.7.23
2400 Veterans Memorial Blvd Ste 110
Kenner, LA 70062
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.13**   **Dan-Bunkering (America) Inc**      **Describe debtor's property that is subject to a lien**      $392,356.43      $12,449,750.00
Creditor's Name
440 Louisiana St Ste 2100
Houston, TX 77002
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor: Krewe Energy LLC
Case number (if known): 23-10067

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

**2.14** E S & H Consulting Services Inc
*Creditor's Name*

PO Box 287
Houma, LA 70361
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$237,990.63   $12,449,750.00

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.15** Eaton Oil Tools Inc
*Creditor's Name*

PO Box 1050
Broussard, LA 70518-1050
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Terrebonne Lapeyrouse 1.12.23

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$288,503.40   $12,449,750.00

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.16** Eminent Oil Tools LLC
*Creditor's Name*

PO Box 82068
Lafayette, LA 70598
*Creditor's mailing address*

*Creditor's email address, if known*

**Describe debtor's property that is subject to a lien**
Vermillion Leleux 4.13.22

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

$28,319.96   $12,449,750.00

---

Debtor  Krewe Energy LLC  
    Name

Case number (if known)  23-10067

**Date debt was incurred**

**Last 4 digits of account number**

☐ No  
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**  
☐ No  
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

---

| 2.17 | Fab-Con Inc | Describe debtor's property that is subject to a lien | $0.00 | $12,449,750.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 520  
Gonzales, LA 70707  
Creditor's mailing address

**Describe the lien**  
LOWLA

**Is the creditor an insider or related party?**  
☑ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
☐ No  
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
☐ No  
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

---

| 2.18 | FDF Energy Services | Describe debtor's property that is subject to a lien | $62,441.63 | $12,449,750.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 677438  
Dallas, TX 75267-7438  
Creditor's mailing address

**Describe the lien**  
LOWLA

**Is the creditor an insider or related party?**  
☑ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
☐ No  
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
☐ No  
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☑ Disputed

---

| 2.19 | Folse Production Services Inc | Describe debtor's property that is subject to a lien | $80,930.18 | $12,449,750.00 |
|---|---|---|---|---|

Creditor's Name

100 Mimosa St  
Chauvin, LA 70344

---

Debtor: Krewe Energy LLC
Case number (if known): 23-10067

---

**Creditor's mailing address**

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.20** Forefront Emergency Management LP
Creditor's Name

PO Box 3894
Houma, LA 70361-3894
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$55,933.89     $12,449,750.00

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.21** Gaubert Oil Co.
Creditor's Name

PO Box 310
Thibodaux, LA 70302
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$178,105.41     $12,449,750.00

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor: Krewe Energy LLC
Name

Case number (if known): 23-10067

### 2.2.2 GreenChem Solutions LLC
Creditor's Name

PO Box 200
Raceland, LA 70394
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien: $41,633.00 / $12,449,750.00

Describe the lien: LOWLA

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

### 2.2.3 Heritage Marine & Services LLC
Creditor's Name

132 West 45th St
Cut Off, LA 70345
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien: $12,819.40 / $12,449,750.00

Describe the lien: LOWLA

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

### 2.2.4 IG Petroleum
Creditor's Name

PO Box 4229
West Mclean, VA 22103
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien: $909,647.37 / $12,449,750.00

Describe the lien: LOWLA

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor: Krewe Energy LLC
Case number (if known): 23-10067

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

---

**2.25**

**Creditor's Name:** Javeler Marine Services LLC

**Creditor's mailing address:** PO Box 309, Broussard, LA 70518

**Creditor's email address, if known:**

**Date debt was incurred:**

**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien**

**Describe the lien:** LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

Amount: $6,000.00 | $12,449,750.00

---

**2.26**

**Creditor's Name:** Moncla Workover & Drilling Operations, L

**Creditor's mailing address:** Drawer #2351, P.O. Box 5935, Troy, MI 48007-5935

**Creditor's email address, if known:**

**Date debt was incurred:**

**Last 4 digits of account number:**

**Describe debtor's property that is subject to a lien**
Terrebonne Lapeyrouse 12.13.22

**Describe the lien:** LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

Amount: $49,540.00 | $12,449,750.00

---

**2.27**

**Creditor's Name:** Newman Crane Service Inc

**Creditor's mailing address:** PO Box 550, Belle Chasse, LA 70037

**Creditor's email address, if known:**

**Describe debtor's property that is subject to a lien**

**Describe the lien:** LOWLA

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Amount: $40,189.92 | $12,449,750.00

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 10 of 14

| Debtor | Krewe Energy LLC | Case number (if known) | 23-10067 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.28 | OMI Environmental Solutions | Describe debtor's property that is subject to a lien | $138,940.89 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 840920
Dallas, TX 75284-0920
*Creditor's mailing address*

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.29 | Phoenix Production Chemicals | Describe debtor's property that is subject to a lien | $17,561.26 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

112 Oak Manor
Saint Rose, LA 70087
*Creditor's mailing address*

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.30 | Pioneer Production Services Inc | Describe debtor's property that is subject to a lien | $194,877.10 | $12,449,750.00 |
|---|---|---|---|---|

Debtor: **Krewe Energy LLC**
Name

Case number (if known): 23-10067

---

Creditor's Name

PO Box 1258
Larose, LA 70373
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.3.1** **S2 Energy Operating LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

$751,975.62     $12,449,750.00

200 Caroline Court
Covington, LA 70433
Creditor's mailing address

**Describe the lien**
Contractor's Llen Subordinate to LOWLA lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.3.2** **Select Oilfield Services LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

Unknown     $12,449,750.00

116 Jarrell Dr
Belle Chasse, LA 70037
Creditor's mailing address

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  Krewe Energy LLC  
 Name  
Case number (if known) 23-10067

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.33 | Southern Quality Marine Service LLC | Describe debtor's property that is subject to a lien | $120,398.15 | $12,449,750.00 |

Creditor's Name

124 Bills Ln  
Buras, LA 70041  
Creditor's mailing address

**Describe the lien**  
LOWLA

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.34 | Third Coast Commercial Capital Inc | Describe debtor's property that is subject to a lien | $23,222.02 | $12,449,750.00 |

Creditor's Name

FBO Quality Energy Services Inc  
Dept 132 PO Box 14910  
Humble, TX 77347-4910  
Creditor's mailing address

**Describe the lien**  
LOWLA

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.35 | USA Compression Partners LLC | Describe debtor's property that is subject to a lien | $151,315.50 | $12,449,750.00 |

Creditor's Name

PO Box 974206  
Dallas, TX 75397-4206  
Creditor's mailing address

**Describe the lien**  
LOWLA

**Is the creditor an insider or related party?**
- [x] No

---

| Debtor | Krewe Energy LLC | Case number (if known) | 23-10067 |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.36 | Vision Production Chemicals LLC | Describe debtor's property that is subject to a lien | $19,702.31 | $12,449,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

8910 Cordell Rd
Abbeville, LA 70510
**Creditor's mailing address**

**Describe the lien**
LOWLA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $7,930,761.97

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|