**Fill in this information to identify the case:**

Debtor name: Krewe Energy LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 23-10067

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Compressor #807015 WD-84 Bare Rental Addendum 7.14.21 | |
| | State the term remaining | | Archrock Partners<br>PO Box 201160<br>Dallas, TX 75320-1160 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Compressor #11825 Lake Long 11.6.14, 9.1.22 Master Compression Services Agreement Rate Increase | |
| | State the term remaining | | Archrock Partners<br>PO Box 201160<br>Dallas, TX 75320-1160 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse AM Dupont Corp No 3 & No 3D wells 7.24.2003 | |
| | State the term remaining | | Castex Energy<br>333 Clay St<br>Houston, TX 77002 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse Apache LA Min No 1 well 10.1.2003 | |
| | State the term remaining | | Castex Energy<br>333 Clay St<br>Houston, TX 77002 |
| | List the contract number of any government contract | | |

| Debtor 1 | Krewe Energy LLC | | Case number (*if known*) | 23-10067 |
|---|---|---|---|---|
| | First Name | Middle Name Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse JC Dupont No 2 well 11.05.2003 | |
| | State the term remaining | | Castex Energy |
| | List the contract number of any government contract | | 333 Clay St Houston, TX 77002 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse JC Exposito No 3 well 12.15.2003 | |
| | State the term remaining | | Castex Energy |
| | List the contract number of any government contract | | 333 Clay St Houston, TX 77002 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse CT Hellier etal No 1 well 5.1.2004 | |
| | State the term remaining | | Castex Energy |
| | List the contract number of any government contract | | 333 Clay St Houston, TX 77002 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse SL 16446 No 1 well 9.1.2004 | |
| | State the term remaining | | Castex Energy |
| | List the contract number of any government contract | | 333 Clay St Houston, TX 77002 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | NAESB Lake Long, Lapeyrouse, Little Lake | |
| | State the term remaining | | Conoco Phillips Company |
| | List the contract number of any government contract | | 600 North Dairy Ashford Houston, TX 77079 |

| Debtor 1 | Krewe Energy LLC | | | Case number (*if known*) | 23-10067 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Little Lake 8.26.15 Two SWD Pumps & Engines Rental Agreement | |
| | State the term remaining | | Creole Compression LLC |
| | List the contract number of any government contract | | PO Box 448 Houma, LA 70361 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Master License Agreement 5.7.2018, Supplemental Agreement No 1 to MLA 5.7.2018, Supplemental Agreement No 2 to MLA 6.11.2019 | |
| | State the term remaining | | Fairfield Industries, Inc. |
| | List the contract number of any government contract | | 1111 Gillingham Lane Sugar Land, TX 77478 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Little Lake SL 19908 No 1 well 1.1.2011 | |
| | State the term remaining | | Houston Energy Operating LP |
| | List the contract number of any government contract | | 1200 Smith St #2400 Houston, TX 77002 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Little Lake SL 19908 No 1 well 12.1.2014 | |
| | State the term remaining | | Houston Energy Operating LP |
| | List the contract number of any government contract | | 1200 Smith St #2400 Houston, TX 77002 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | WD-84 A0232 12.20.2018 | |
| | State the term remaining | | IG Petroleum |
| | List the contract number of any government contract | | PO Box 4229 West Mclean, VA 22103 |

Debtor 1   Krewe Energy LLC
          First Name     Middle Name     Last Name

Case number (*if known*)   23-10067

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Contaract #15490 Lapeyrouse 2.2.16, 2.1.19 Master Compression Services Agreement Rate Increase | |
| | State the term remaining | | J-W Power Co Inc |
| | List the contract number of any government contract | | PO Box 674814<br>Dallas, TX 75267-4814 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement - Little Lake 3.16.2017 | |
| | State the term remaining | | Marquis Resources LLC |
| | List the contract number of any government contract | | 400 E Kaliste Saloom Rd Ste 26<br>Lafayette, LA 70508-8508 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse JC Dupont No 1 Well 12.1.1955 | |
| | State the term remaining | | Placid Oil Company |
| | List the contract number of any government contract | | 1940 LA-1<br>Port Allen, LA 70767 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | SEI Reference No 13-0038-3D Master Geophysical Data Use LIcense 1.22.2013 Breton Sound 32 LP, Supplemental Agreement to MGDUL 1.22.2013, Amendment to MGDUL 9.16.2013 | |
| | State the term remaining | | Seismic Exchange, Inc. |
| | List the contract number of any government contract | | 4805 Westway Park Blvd.<br>Houston, TX 77041 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | CLP0003631 Lake Long, Lapeyrouse, Little Lake | |
| | State the term remaining | | Shell Trading (US) Company |
| | List the contract number of any government contract | | 1000 Main St Level 12<br>Houston, TX 77002 |

| Debtor 1 | Krewe Energy LLC | | | Case number (*if known*) | 23-10067 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | C428LP0013 WD-84, Burrwood | |
| | State the term remaining | | Shell Trading (US) Company |
| | List the contract number of any government contract | | 1000 Main St Level 12 Houston, TX 77002 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Timbalier Bay Contract No 18-03-002 WAC Master Seismic Licensing Agreement - 10.16.2013 Schedule 1 Supplemental Agreement to MSLA 3.9.2018 | |
| | State the term remaining | | Sietel Data |
| | List the contract number of any government contract | | 1334 Brittmore Rd #1902 Houston, TX 77043 |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse Contract No 17-02-007 WAC Master Seismic Licensing Agreement 10.16.2013, Schedule 1 Suppplemental Agreement to MSLA 2.24.2017, Schedule 1 Supplemental Agreement to MSLA 11.15.2017 | |
| | State the term remaining | | Sietel Data |
| | List the contract number of any government contract | | 1334 Brittmore Rd #1902 Houston, TX 77043 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Contract #13-10-012 WAC Master Seismic Licensing Agreement 10.16.2013, Schedule 1 Supplemental Agreement to MSLA 10.25.2013 | |
| | State the term remaining | | Sietel Data |
| | List the contract number of any government contract | | 1334 Brittmore Rd #1902 Houston, TX 77043 |

| Debtor 1 | Krewe Energy LLC | | Case number (*if known*) | 23-10067 |
|---|---|---|---|---|
| | First Name | Middle Name  Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Data Licensing Agreement 12.7.2014, 12.17.2014, Master License Agreement 9.16.2013 | |
|---|---|---|---|
| | State the term remaining | | WesternGeco LLC |
| | List the contract number of any government contract | | 10001 Richmond Ave. Houston, TX 77042 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Master License Agreement 9.1.2011 Burrwood, Seismic Data License Burrwood 9.7.2011, Master Licensing Agreement 9.16.2013, Geophysical Data Transfer Agreement 9.16.2013, Seismic Data Licens 9.10.2018, Seismic Data 12.18.2018 | |
|---|---|---|---|
| | State the term remaining | | WesternGeco LLC |
| | List the contract number of any government contract | | 10001 Richmond Ave. Houston, TX 77042 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Lapeyrouse LL&E No 1 well 1.5.2005 | |
|---|---|---|---|
| | State the term remaining | | XPLOR Energy |
| | List the contract number of any government contract | | 180 State Street, Ste. 120 Southlake, TX 76092 |