UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Case No. 23-10066 |
| S2 ENERGY OPERATING, LLC[1] | * | Chapter 11 (Jointly Administered) |
| Debtors | * | Section A |

## NOTICE OF FILING AMENDMENTS TO SCHEDULES

**PLEASE TAKE NOTICE** that, on April 5, 2023, S2 Energy Operating, LLC, Krewe Energy, LLC, S2 Energy 1, LP, and Krewe-TBay, LLC, as debtors and debtors-in-possession (collectively, the "**Debtors**") filed amendments to the Scheduled A/B, Schedule D, Statement of Financial Affairs, and List of Creditors Who Have the 20 Largest Unsecured Claims, in accordance with Federal Rule of Bankruptcy Procedure 1009.

**PLEASE TAKE NOTICE** that in accordance with Federal Rule of Bankruptcy Procedure 1009, with this <u>Notice Of Filing Amendments To The Schedules</u> (the "***Notice***"): (i) attached hereto as **Exhibit A** are the changes to S2 Energy Operating, LLC; (ii) attached hereto as **Exhibit B** are the changes to Krewe Energy, LLC; (iii) attached hereto as **Exhibit C** are the changes to S2 Energy 1, LP, and (iv) attached hereto as **Exhibit D** are changes to Krewe-TBay, LLC.

**PLEASE TAKE NOTICE** that in accordance with Local Rule 1009-1 the Debtors have attached as **Exhibit E** to this Notice a Certificate of Service for each amendment made to the Schedules, as applicable.

Dated: April 14.2023

---

[1] This case is jointly administered with Krewe Energy, LLC (#23-10067), S2 Energy 1, LP (#23-10068) and Krewe-TBay, LLC (#23-10069).

{00380058-1}   1

Respectfully submitted:

*/s/Douglas S. Draper*
**HELLER, DRAPER & HORN, LLC**
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Tel: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com

*Counsel for the Debtors*

# EXHIBIT A

**EXHIBIT A**

**NOTICE OF FILING AMENDMENTS**

**PLEASE TAKE NOTICE** that the following are the changes to S2 Energy Operating, LLC:

A. **Amended Schedule A/B:**

- Amended #2 to remove amount from "cash" and list the bank account
- Amended #3 to add all pre-petition bank accounts

B. **Amended Schedule D:**

- Amended #3.22 to list Caroline Court, LLC as an insider

C. **Amended the Statement of Financial Affairs:**

- Amended #1 to include 2023 year to date and 2021 revenue
- Amended # 4 t list payments to Caroline Court, LLC as an insider
- Amended #11 to list payments related to bankruptcy made on behalf of the Debtor

D. **Amended the List of Creditors Who Have the 20 Largest Unsecured Claims**

# EXHIBIT B

## EXHIBIT B

## NOTICE OF FILING AMENDMENTS

**PLEASE TAKE NOTICE** that the following are the changes to Krewe Energy, LLC:

**A. Amended Schedule A/B:**

- Amended #10 to list interest in Krewe Energy Management, GP, LLC

- Amended #11 to reflect accounts receivable

**B. Amended Schedule D:**

- Amended #2.10 to list CRC Krewe Energy AIV, LLC as an insider

- Amended #2.31 to list S2 Energy Operating, LLC as an insider

- Amended #2.32 t list Select Oilfield Services, LLC as an insider

**C. Amended the Statement of Financial Affairs:**

- Amended #25 to list Krewe Energy Management GP, LLC

**D. Amended the List of Creditors Who Have the 20 Largest Unsecured Claims**

{00380060-1}

# EXHIBIT C

## EXHIBIT C

## NOTICE OF FILING AMENDMENTS

**PLEASE TAKE NOTICE** that the following are the changes to S2 Energy 1, LP:

A. **Amended Schedule A/B:**

- Amended #11 to reflect accounts receivable

B. **Amended Schedule D:**

- Amended #2.39 to list S2 Energy Operating, LLC as an insider

C. **Amended the Statement of Financial Affairs:**

- Amended #11 to list payments related to bankruptcy made on behalf of the Debtor

- Amended #28 to list Krewe Energy, LLC and Krewe Energy Management GP, LLC

D. **Amended the List of Creditors Who Have the 20 Largest Unsecured Claims**

# EXHIBIT D

## EXHIBIT D

## NOTICE OF FILING AMENDMENTS

**PLEASE TAKE NOTICE** that the following are the changes to Krewe-TBay, LLC:

**A. Amended Schedule A/B:**

- Amended #11 to reflect accounts receivable

**B. Amended Schedule D:**

- Amended #2.35 to list S2 Energy Operating, LLC as an insider
- Amended #2.36 to list Select Oilfields Services, LLC as an insider

**C. Amended the Statement of Financial Affairs:**

- Amended #11 to list payments related to bankruptcy made on behalf of the Debtor
- Amended #28 to list Krewe Energy, LLC

**D. Amended the List of Creditors Who Have the 20 Largest Unsecured Claims**

# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| S2 ENERGY OPERATING, LLC[1] | * | Case No. 23-10066 |
| Debtors | * | |
| ************************************ | | |
| In re: | * | Chapter 11 |
| KREWE ENERGY, LLC | * | Case No. 23-10067 |
| Debtors | * | |
| ************************************ | | |
| In re: | * | Chapter 11 |
| S2 ENERGY 1, LP | * | Case No. 23-10068 |
| Debtors | * | |
| ************************************ | | |
| In re: | * | Chapter 11 |
| KREWE-TBAY, LLC | * | Case No. 23-10069 |
| Debtors | * | SECTION A |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, Counsel for Debtor and Debtor in Possession, do hereby certify that a true and correct copy of *Notice of Filing Amendments to Schedules [Dkt #    ]* was served on April 17th, 2023, by First Class U.S. Mail, postage prepaid to the consolidated mailing matrix by Docusource.

Dated: April 17th, 2023

---

[1] Krewe Energy, LLC (#23-10067), S2 Energy 1, LP (#23-10068) and Krewe-TBay, LLC (#23-10069) have moved for their bankruptcy cases to be jointly administered with S2 Energy Operating, LLC (#23-10066).

{00380104-1}

{00380104-1}

        Respectfully submitted:

*/s/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Michael E. Landis, La Bar No. 36542
mlandis@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399

***Proposed Counsel for Debtors and Debtors in Possession***